# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

DONALD RHEIN,
    Plaintiff,

vs.

SMYTH AUTOMOTIVE, INC.,
d/b/a SMYTH PARTS PLUS, *et al.*,
    Defendants.

Case No. 1:10-cv-710
Bertelsman, J.
Litkovitz, M.J.

**ORDER**

This matter is before the Court following a telephonic discovery conference with the undersigned Magistrate Judge held on June 13, 2012. For the reasons stated in the conference, defendants shall produce Sara Creighton for a deposition by plaintiff. Further, the parties are directed to meet and confer with respect to the supplemental discovery requested by plaintiff no later than June 15, 2012. Following this meeting, the parties shall provide the Court with a joint statement outlining any still-disputed discovery items by 9:00 a.m. on June 19, 2012.

**IT IS SO ORDERED.**

6/13/12
Date

Karen L. Litkovitz
United States Magistrate Judge