# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Donald G Rhein,
    Plaintiff,

v.

1:10cv710
(J. Bertlesman ; MJ Litkovitz)

Smyth Automotive, Inc., et al.,
    Defendant.

## ORDER

    This matter is before the Court on plaintiff's motion to preclude the defendants from using any exhibits at trial. (Doc. 93). The parties having been ordered by this Court pursuant to (Doc. 94) to convene a meet and confer conference on this date report to the Court that this matter has been settled. Plaintiff's counsel orally agreed to withdraw the pending motion. Therefore, for good cause shown, the Court **hereby Grants** plaintiff's request to withdraw its motion.

    The Clerk of Court is directed to terminate plaintiff's motion upon the docket of this Court.

    **It is so ordered.**

Date: 8/14/12

Karen L. Litkovitz
United States Magistrate Judge