UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Donald G Rhein,

    Plaintiff (s)

v.

Smyth Automotive, Inc.,

    Defendant(s)

Case No. 1:10cv710
(J. Bertlesman ; M.J. Litkovitz)

## SCHEDULING ORDER

This matter has been referred to the undersigned to conduct a jury voir dire:

The parties are hereby advised that a Jury Voir dire will be held on Thursday, September 20, 2012 at 9:00 am in Courtroom 708, 100 East Fifth Street, Cincinnati, Ohio 45202. (513)564-7690.

It is so ordered.

| | |
|---|---|
| 8/31/2012 | s/Karen L. Litkovitz |
| Date | Karen L. Litkovitz |
| | United States Magistrate Judge |

awh